UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CAUSE NO. SA-19-CR-406 FB |
| | § § | |
| LANA DELAINE KRUPKA | | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE FRED BIERY, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Lana Delaine Krupka, requests a continuance. Ms. Krupka shows this Honorable Court as follows.

I.

Ms. Krupka is scheduled to appear before this Court for docket call, rearraignment and plea on Friday, August 23, 2019, and jury selection and trial on Monday, August 26, 2019.

II.

Parties continue to engage in good faith plea negotiations and discuss facts and factors evident in this case. Additionally, Ms. Krupka is on bond, employed and doing well. Defense counsel respectfully requests a continuance of sixty (60) days.

III.

Counsel for the Government, Assistant United States Attorney Sarah Wannarka, is in agreement with the relief requested.

IV.

Ms. Krupka acknowledges that any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of defense

counsel because the ends of justice served by the continuance outweigh the interest of the public in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).  Ms. Krupka does not waive her rights under the Sixth Amendment.

## CONCLUSION

Defendant respectfully requests that this Honorable Court will continue the above-styled and numbered cause for sixty (60) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
Tel.: (210) 472–6700
Fax.: (210) 472-4454
State Bar Number: 24040140

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August 2019, I electronically filed the foregoing Defendant's Unopposed Motion for Continuance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Wannarka  
Assistant United States Attorney  
601 N. W. Loop 410, Suite 600  
San Antonio, Texas 78216-5512  

                              /S/ MOLLY LIZBETH ROTH  
                              *Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CAUSE NO. SA-19-CR-406 FB |
| | § § | |
| LANA DELAINE KRUPKA | § | |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion for Continuance, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that all corresponding deadlines be continued in the above-styled and numbered cause.

Any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of Defendant's counsel because the ends of justice served by the continuance outweigh the interest of the public in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED on this the _____ day of August, 2019.

_____
FRED BIERY
United States District Judge