# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | CRIMINAL NO: SA:19-CR-00406(1)-FB |
| | § | |
| (1) Lana Delaine Krupka | § | |

## *ORDER RESETTING DOCKET CALL/REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **DOCKET CALL/REARRAIGNMENT AND PLEA** in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, October 22, 2019** at **09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 23rd day of September, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

**\* Court resetting from October 24, 2019 to October 22, 2019**